

## IN THE
## TENTH COURT OF APPEALS

### No. 10-23-00138-CR

NAJEE RASHAD HARRINGTON,

                                                        Appellant

 v.

THE STATE OF TEXAS,

                                                        Appellee

From the 249th District Court
Johnson County, Texas
Trial Court No. DC-F202200057

## MEMORANDUM OPINION

Najee Rashad Harrington attempts to appeal the trial court's order amending Harrington's conditions of community supervision. There is no right to appeal an order modifying conditions of community supervision. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed May 24, 2023
Do not publish
[CR25]

